IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

RICHARD D. GARDNER, JR.,

    Plaintiff,

v.

CIVIL ACTION NO.: CV209-061

Judge TIMOTHY GARDNER;
Judge ORAN DOUGLAS;
Judge BARTON; DISTRICT
ATTORNEY'S OFFICE;
SHERIFF'S DEPARTMENT;
Officer JOLENE DICKERSON;
and JESSIE GARDNER,

    Defendants.

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint is **DISMISSED**, without prejudice. If Plaintiff desires to proceed with this action he must re-submit his complaint along with the full filing fee. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this _17_ day of _August_, 2009.

                                       JUDGE, UNITED STATES DISTRICT COURT
                                       SOUTHERN DISTRICT OF GEORGIA